455 A.2d 194

Commonwealth v. Foster, Appellant.

Submitted December 5, 1980. Richard M. Lovenwirth, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

598

Before CERCONE, P.J., CAVANAUGH and MONTEMURO, JJ.

Order affirmed.